**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MOHAMED HASSAN ALI,<br><br>                    Petitioner,<br><br>          v.<br><br>JANET NAPOLITANO, *et al*.,<br><br>                    Respondents. | Case No. C11-627-MJP-JPD<br><br>REPORT AND<br>RECOMMENDATION |

Petitioner Mohamed Hassan Ali has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking mandamus relief compelling issuance of a credible fear determination and seeking a writ of habeas corpus directing petitioner's release from immigration custody. Dkt. 1. On September 9, 2011, however, the parties filed a stipulation to dismiss the habeas petition, which indicates that respondents issued petitioner a credible fear determination and released him from immigration custody following a final order of the Immigration Court granting petitioner asylum. Dkt. 19. The parties therefore request the Court dismiss this action as moot. *Id*.

Because petitioner has received the relief sought in his habeas petition, the Court finds that petitioner's habeas petition is moot and should be dismissed with prejudice. *See Abdala v.*

REPORT AND RECOMMENDATION - 1

*Immigration and Naturalization Serv.*, 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that removal mooted habeas challenge to length of detention); *see also Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) (finding that because petitioner only requested release from custody and had been released, the court could provide no further relief and the petition was properly dismissed).

A proposed Order accompanies this Report and Recommendation.

DATED this 14th day of September, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2