# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MOHAMED HASSAN ALI,

    Petitioner,

v.

JANET NAPOLITANO, *et al.*,

    Respondents.

CASE NO. C11-627-MJP

ORDER OF DISMISSAL

The Court, having reviewed the parties' stipulation to dismiss petitioner's petition for writ of habeas corpus, Dkt. 19, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;
2. Pursuant to the parties' stipulation and for the reasons stated therein, this action is DISMISSED with prejudice, with each party to bear its costs and fees;
3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 5th day of October, 2011.

                                    Marsha J. Pechman
                                    United States District Judge

ORDER OF DISMISSAL - 1